UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                    Chapter 11

Comfort Auto Group NY LLC,                          Case No.

                                      Debtor.
------------------------------------------------------------x

## **LOCAL RULE 1073-3 CORPORATE OWNERSHIP STATEMENT**

       Pursuant to Local Rule 1007-3, Comfort Auto Group NY LLC, certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.


Dated:    Brooklyn, New York
              July 17, 2020
                                          Comfort Auto Group NY LLC


                                          By:     /s/ Tim Ziss_____
                                                    Name:  Tim Ziss
                                                    Title:   Manager