UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                      Chapter 11

Comfort Auto Group NY LLC,                                              Case No.

                                                   Debtor.
-------------------------------------------------------------x

## **LIST OF LAWSUITS**

1.     Comfort Auto Group NY LLC et al., v. FCA US LLC et al.
   United States District Court for the Eastern District of New York
   Index No.  20-cv-01094
   Breach of contract

       Attorneys for Plaintiff:    Levenson Law Group
                                              9 North Mill Street
                                              Nyack, NY 10960

       Attorneys for Defendants:    Nelson Mullins Riley & Scarborough, LLP
                                              280 Park Place, 15th Floor West
                                              New York, New York 10001

2.     Ally Financial Inc. v. Comfort Auto Group NY LLC et al.
   United States District Court for the Eastern District of New York
   Index No.  20-cv-01281
   Breach of contract

       Attorneys for Plaintiff:    Troutman Pepper Hamilton Sanders LLP
                                              875 Third Avenue
                                              New York, NY 10022

       Attorneys for Defendants:    Levenson Law Group
                                              9 North Mill Street
                                              Nyack, NY 10960

3.     Anthony Pineda v. Paul Payne et al.
   Supreme Court of the State of New York, Queens County
   Index No.  718890/2019
   Personal Injury

       Attorneys for Plaintiff:    Harmon, Linder & Rogowsky
                                              3 Park Avenue, Suite 2300
                                              New York, NY 10016

Attorneys for Paul Payne:　　Ferro & Stenz
　　　　　　　　　　　　　　875 Merrick Avenue
　　　　　　　　　　　　　　Westbury, NY 11590-6603

Dated:　Brooklyn, New York
　　　　　July 17, 2020

　　　　　　　　　　　　　　Comfort Auto Group NY LLC


　　　　　　　　　　　　　　By:　　/s/ Tim Ziss_____
　　　　　　　　　　　　　　　　　　Name:  Tim Ziss
　　　　　　　　　　　　　　　　　　Title:    Manager