**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

**IN RE:** Case No. _____

**Comforrt Auto Group NY LLC** Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **July 24, 2020**     */s/ Tim Ziss*
Debtor

_____
Joint Debtor

*/s/ Kevin J. Nash*
Attorney for Debtor

© 2020 CINgroup 1.866.218.1003 . CINcompass (www.cincompass.com)