| CREDITOR | ADDRESS | | AMOUNT |
|---|---|---|---|
| **Secured:** | | | |
| | | | |
| ALLY FINANCIAL INC./ ALLY BANK | ALLY DETROIT CENTER 500 WOODWORD AVE DETROIT MICHIGAN 48226 | | $ 18,523,718.73 |
| ALLY FINANCIAL INC./ ALLY BANK | 6985 UNION PARK CENTER SUITE 435 MIDVALE UTAH 84047 | | For notice purposes |
| ALLY FINANCIAL INC./ ALLY BANK | 3104 UNIONVILL TOAD CRANBERRY TWP PA 16066 | | For notice purposes |
| ALLY FINANCIAL INC./ ALLY BANK | C/O BRETT GOODMAN TROUTMAN PEPPER ET AL 875 THIRD AVE NY NY 10022 | | For notice purposes |
| | | TOTAL SECURED | $ 18,523,718.73 |
| | | | |
| **Priority Taxes:** | | | |
| | | | |
| DEPT OF TREASURY | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | | $ 97,958.45 |
| NYC DEPARTMENT OF FINANCE | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 530.00 |
| NYC DEPARTMENT OF FINANCE | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 4,110.47 |
| NYS ASSESSMENT RECEIVABLES | P.O. BOX 4127 BINGHAMTON NY 13902 | | $ 60.00 |
| NYS CHILD SUPPORT PROCESSING C | PO BOX 15363 ALBANY NY 12212 | | $ 73.00 |
| NEW YORK STATE SALES TAX(NEW YORK CITY) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 388,133.70 |
| NEW YORK STATE SALES TAX(waste tire fee) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 375.00 |
| NEW YORK STATE SALES TAX(NASSAU COUNTY) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 22,537.26 |
| NEW YORK STATE SALES TAX(ORANGE COUNTY) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 3,377.97 |
| NEW YORK STATE SALES TAX(ROCKLAND COUNTY) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 3,784.65 |
| NEW YORK STATE SALES TAX(SUFFOLK) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 7,661.43 |
| NEW YORK STATE SALES TAX(SULLIVAN COUNTY) | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 11205-0300 | | $ 3,344.02 |
| | | TOTAL PRIORITY | $ 531,945.95 |
| | | | |
| **Unsecured:** | | | |
| | | | |
| 1614-1626 86TH STREET | 9732 3RD AVE BROOKLYN NY 11209 | | $ 51,786.06 |
| 2803-2811 CONEY ISLAND REALI | 2885 CONEY ISLAND AVENUE BROOKLYN NY | | $ 44,000.00 |
| 31 AUTO COLLISION INC | 8691 18TH AVE BROOKLYN NY 11214 | | $ 135.00 |
| 34 LINDEN REALTY COMPANY LLC | 12 BUCKRAM RD LOCUST VALLEY NY 11560 | | $ 360,912.60 |
| 8635 LLC | 118 91ST STREET BROOKLYN NY 11209 | | $ 250,413.31 |
| 8699 18TH AVE, LLC | 1406 73RD ST BROOKLYN NY 11228 | | $ 40,170.00 |
| A THRU Z DMV SERVICES | 4021 14TH AVE BROOKLYN NY 11218 | | $ 709.00 |
| AB&S AUTO PARTS | 120 FIELDCREST AVE EDISON NJ 08837 | | $ 692.56 |
| ABIC WARRANTY TRUST | 10800 PECAN PARK BLVD SUITE 410 AUSTIN TX 78750 | | $ 2,381.00 |
| ACE SERVICE & INSTALLATION | 69 GAZZA BLVD FARMINGDALE NY 11735 | | $ 1,065.89 |
| AFFINITIV, INC | 29554 NETWORK PLACE CHICAGO IL 60673 | | $ 5,635.40 |
| ALEXANDR KORSUNSKY | 7902 19TH AVENUE BROOKLYN NY 11214 | | $ 3,500.00 |
| ALLDATA | P.O. BOX 848379 DALLAS TX 75284 | | $ 974.45 |
| ALLSTATE LIFE INSURANCE CO. | PO BOX 678301 DALLAS TX 75265 | | $ 1,199.65 |
| ALLY BANK | LOCKBOX #9352 PO BOX 8500 PHILADELPHIA PA 19178-9352 | | $ 2,160,714.41 |
| ALLY BANK | 6985 UNION PARK CENTER SUITE 435 MIDVALE UTAH 84047 | | For notice purposes |
| ALLY BANK | C/O BRETT GOODMAN TROUTMAN PEPPER ET AL 875 THIRD AVE NY NY 10022 | | For notice purposes |
| ALPHA AUTO CONSULTING INC | 1924 OCEAN AVE BROOKLYN NY 11230 PH-A | | $ 1,116.00 |
| AMERICAN TIRE DISTRIBUTORS | P.O. BOX 745576 ATLANTA GA 30374-5576 | | $ 1,562.91 |
| AMERICREDIT | ATTN PAYMENT PROCESSING ARLINGTON TX 76014 4001 EMBARCADERO | | $ 265.00 |
| ANTHONY PINEDA | C/O HARMON LINDER & ROGOWSKY 3 PARK AVENUE SUITE 2300 NY NY 10016 | | Unliquidated |
| ARMADA WASTE NY D/B/A FIVE STAR CARTING | 535 WEST 24 ST FLOOR 6 NEW YORK NY 10011 | | $ 2,025.96 |
| AUTO DIRECT MARKETING & ADVERT | AUTO MERCHANDISING DEPOT 27 CARDINAL RD WESTON CT 06883 | | $ 434.22 |
| AUTOALERT LLC | PO BOX 845666 LOS ANGELES CA 90084 | | $ 6,583.99 |
| AUTOTRADER.COM | PO BOX 932207 ATLANTA GA 31193-2207 | | $ 10,800.00 |
| AUTOZONE, INC. | PO BOX 116067 ATLANTA GA 30368-6067 | | $ 9,216.74 |
| BALLOON PROMOTIONS | 30 SHERWOOD LANE SUITE F FAIRFIELD NJ 07004 | | $ 205.77 |
| BANK DIRECT CAPITAL FINANCE | PO BOX 660448 DALLAS TX 75266 | | $ 25,544.66 |
| BANK OF AMERICA | PO BOX 15284 WILMINGTON DE 19850 | | $ 2,848.92 |
| BANK OF AMERICA | PO BOX 25118 TAMPA FL 33622-5118 | | For notice purposes |
| BLACKHAWK AQUISITION DBA PROMAX | C/O MB&W BLDG 26000 CANNON RD. CLEVELAND OH 44146 | | $ 5,715.61 |
| BOITEL, JOSEPH | PO BOX 50001 STATEN ISLAND NY 10305 | | $ 3,600.00 |
| BONINI, JOHN AND CANDID | 1625 86TH ST BROOKLYN NY 11214 | | $ 15,500.00 |
| BROADFEET MOTORSPORT EQUIPMENT | 110 JERICHO TURNPIKE NEW HYDE PARK NY 11040 | | $ 480.00 |
| BWL ASSOCIATES INC. | 1303 53RD ST #125 BROOKLYN NY 11219 | | $ 1,760.00 |
| CABLEVISION | PO BOX 70340 PHILADELPHIA PA 19176 | | $ 1,398.67 |
| CALLSOURCE,LLC | PO BOX 60280 LOS ANGELES CA 90060-0280 | | $ 1,264.00 |
| CAPITAL ONE AUTO FIN SVCS | 2525 CORPORATE PLACE 2ND FL SUITE 25 MONTERREY PARK CA 91754 | | $ 9,273.24 |
| CAPITAL ONE, N.A D/B/A CAPITAL ONE AUTO FINANCE | C/O MCGUIRE WOODS 2001 K STREET N.W. SUITE 400 WASHINGTON D.C. 20006-10740 | | $ 116,828.04 |
| CARGURUS LLC | PO BOX 419008 BOSTON MA 02241-9008 | | $ 7,920.00 |
| CARSFORSALE.COM, INC. | P.O. BOX 91537 SIOUX FALLS SD 57109 | | $ 396.00 |
| CHECK CENTER | PO BOX 6008 PETALUMA CA 94955-6008 | | $ 3,083.71 |
| CHRYSLER CAPITAL | 5201 RUFE SNOW DR STE 400 NORTH RICHLAND TX 76180 | | $ 150,509.12 |
| CITRIN COOPERMAN | 529 FIFTH AVE NEW YORK NY 10017 | | $ 11,500.00 |
| CLASSIC SIGNS & DESIGNS | 1367 65TH ST BROOKLYN NY 11219 | | $ 375.92 |
| CON EDISON | PO BOX 1702 NEW YORK NY 10116-1702 | | $ 21,003.76 |
| COOK MARAN & ASSOCIATES | 461 PANTIGO ROAD EAST HAMPTON NY 11937 | | $ 17,829.85 |
| CREDIT BUREAU CONNECTION | 575 E. LOCUST AVE SUITE 103 FRESNO CA 93720 | | $ 1,069.97 |
| CROWN AUTO CENTER | 133-38 32ND AVE FLUSHING NY 11354 | | $ 4,300.00 |
| DEALERTRACK | P.O. BOX 6129 NEW YORK NY 10249 | | $ 32,513.20 |
| DENT TERMINATOR | 717 TOMPKINS AVE STATEN ISLAND NY 10305 | | $ 140.00 |
| DOWC ADMIN SERVICES liqu damages | PO BOX 194 ROSELAND NJ 07068 | | $ 250,000.00 |
| DOWC ADMIN SERVICES loan | PO BOX 194 ROSELAND NJ 07068 | | $ 822,630.41 |
| DOWC ADMIN SERVICES unpaid consumer contracts | PO BOX 194 ROSELAND NJ 07068 | | $ 567,495.25 |
| DYATECH, LLC | 3841 HIGHLAND COLONY PARKWAY RIDGELAND MS 39157 | | $ 125.00 |
| EDMUNDS.COM, INC. | P.O. BOX 783531 PHILADELPHIA PA 19178 | | $ 1,200.00 |
| ELRAC LLC | 657 64TH STREET BROOKLYN NY 11220 | | $ 375.57 |
| EXOTIC MOTOR WORLD | 9014 4TH AVE BROOKLYN NY 11209 | | $ 7,768.40 |
| EXPRESSWAY COLLISION | 211 VETERANS ROAD WEST STATEN ISLAND NY 10309 | | $ 2,550.00 |
| EZ PASS | PO BOX 149001 STATEN ISLAND NY 10314 | | $ 698.99 |
| FCA US LLC | NE BUS CENTER 108 ROUTE 303 CIMB# 101-02-00 TAPPAN NY 10983 | | $ 60,000.00 |
| FCA US LLC | C/O LEVENSON LAW GROUP 9 NORTH MILL STREET NYACK NY 10960 | | Unliquidated |
| FCA US LLC | C/O NELSON MULLINS RILEY & SCARBOROUGH LLP 280 PARK PLACE 15TH FL W NY NY 10001 | | Unliquidated |
| FEDERAL EXPRESS | PO BOX 223125 PITTSBURGH PA 15251-2125 | | $ 323.82 |
| FIFTH THIRD BANK | 5001 KINGSLEY DR 1MOBA9 CINCINNATI OH 45227 | | $ 36,890.99 |
| FIFTH THIRD BANK, NATIONAL ASSOCIATION | C/O DINSMORE&SHOHL LLP 191 WEST NATIONWIDE BLVD STE 300 COLUMBUS OH 43215 | | $ 35,134.52 |

| CREDITOR | ADDRESS | | AMOUNT |
|---|---|---|---|
| FINGERCHECK | 1000 GATES AVENUE BROOKLYN NY 11221 | | $ 1,265.00 |
| FIVE BORO PNEU-TRONICS,INC. | 801 EAST 42ND STREET BROOKLYN NY 11210 | | $ 382.03 |
| FIVE STAR CARTING INC | 58-35 47TH ST MASPETH NY 11378 | | $ 2,724.83 |
| FLAG CONTAINER SERVICES INC | 11 FERRY ST STATEN ISLAND NY 10302 | | $ 339.42 |
| FRED BEANS CHRYSLER DODGE JR | PO BOX 872 DOYLESTOWN PA 18901 | | $ 4,449.36 |
| GENESIS AUTOMOTIVE MARKETING E | 12277 APPLE VALLEY RD #244 APPLE VALLEY CA 92308 | | $ 2,995.00 |
| GENNADIY LITVAK | C/O HENRY DALEY CITY OF NY MARSHALL 1 CROSS ISLAND PLAZA ROSEDALE NY 11422 | | $ 5,598.10 |
| GREATAMERICA FINANCIAL SVCS. | PO BOX 660831 DALLAS TX 75266-0831 | | $ 2,056.32 |
| HARBOR POINT SUPPLY | C/O AMERIFACTORS PO BOX 628328 ORLANDO FL 32862-8328 | | $ 4,916.43 |
| HESHY GOTTDIENER | 50 HORTON DRIVE MONSEY NY 10952 | | Unliquidated |
| HILNA MOTOR SERVICE CORP | 2050 STILLWELL AVENUE BROOKLYN NY 11223 | | $ 97.00 |
| IDEAL AUTO COLLISION INC | 129 34TH STREET BROOKLYN NY 11232 | | $ 850.00 |
| INNOVATIVE IT SOLUTIONS, INC | 1631 42ND STREET BROOKLYN NY 11204 | | $ 337.52 |
| INTERSTATE BATTERIES OF MANH | 161 25TH STREET BROOKLYN NY 11232 | | $ 8,766.25 |
| ISAAC J. STERN | 47 PARKER BLVD MONSEY NY 10952 | | Unliquidated |
| JCAPS MECHANICAL LLC | 91 WHITMAN RD YONKERS NY 10710 | | $ 658.69 |
| JIMMYS AUTO SERVICE CORP | 248 42ND STREET BROOKYLN NY 11232 | | $ 60.53 |
| JOES AUTO & TRUCK PARTS | 797 4TH AVE BROOKLYN NY 11232 | | $ 125.00 |
| JOSE C SANSUSTE | 6821 OWLS HEAD CT APT 3A BROOKLYN NY 11220 | | $ 17,343.00 |
| KEA ADVERTISING INC. | 217 ROUTE 303 VALLEY COTTAGE NY 10989 | | $ 609.69 |
| KINGS NISSAN | 2758 CONEY ISLAND AVENUE BROOKLYN NY 11235 | | $ 721.47 |
| L&L COLLISSION RELEASE CAR COD | 1347 W HURST BLVD HURST TX 76053 | | $ 2,539.54 |
| L&S COLLISION | 41 RECTOR STREET STATEN ISLAND NY 10310 | | $ 3,252.30 |
| LABONTE LAW GROUP, PLLC | 1461 FRANKLIN AVE SUITE LL-S GARDEN CITY NY 11530 | | $ 10,500.00 |
| LEVENSON LAW LLC | ATTN: SCOTT LEVENSON, ESQ., 15 NORTH MILL STREET, NYACK, NY 10960 | | Unliquidated |
| LKQ HUNTS POINT AUTO | 1390 SPOFFORD AVE BRONX NY 10459 | | $ 400.00 |
| MANHEIM | COX AUTOMOTIVE INC. PO BOX 936622 ATLANTA GA 31193-6622 | | $ 1,500.00 |
| MARLIN BUSINESS BANK | PO BOX 1626 MT. LAUREL NJ 08054 | | $ 619.81 |
| MCKINNEY WELDING SUPPLY CO.,IN | 1145 BRONX RIVER AVENUE BRONX NY 10472 | | $ 407.18 |
| MG LUBE &OIL LLC | 1145 BRONX RIVER AVENUE BRONX NY 10472 | | $ 3,888.00 |
| MLB LEASING | 2248 BERGEN AVE BROOKLYN NY 11234 | | $ 1,264.87 |
| MONTAGE AUTO INC | 108 RYDER AVE BROOKLYN NY 11230 | | $ 1,000.00 |
| MR AUTO TRIM | 1316 UTICA AVENUE BROOKLYN NY 11203 | | $ 520.00 |
| NATIONAL GRID | P.O.BOX 11741 NEWARK NJ 07101 | | $ 8,858.97 |
| NEW GENERATION AUTO PARTS | 529 63RD STREET BROOKLYN NY 11220 | | $ 8,736.08 |
| NEXTEPPE BUSINESS SOLUTIONS, I | PO BOX 915 SAYVILLE NY 11782 | | $ 3,758.50 |
| NY MOTO INC | 2160 NORTH CENTRAL RD STE 101 FORT LEE NJ 07024 | | $ 660.00 |
| NY TRANSPORT SOLUTION | PO BOX 656614 FRESH MEADOWS NY 11365 | | $ 4,290.00 |
| OPTIMUM | 1111 STEWART AVENUE BETHPAGE NY 11714-3581 | | $ 972.47 |
| PAUL PAYNE | C/O FERRO & STENZ 875 MERRICK AVENUE WESTBURY NY 11590-6603 | | Unliquidated |
| PAY-O-MATIC | LOSS PREVENTION DEPT 166-30 JAMAICA AVE 2ND FLOOR QUEENS NY 11432 | | $ 569.58 |
| PAYROLL TAX MANAGEMENT | 1932 E DEERE AVE SUITE 200 SANTA ANA CA 92705 | | $ 129,000.00 |
| PITNEY BOWES INC | PO BOX 371896 PITTSBURGH PA 15250 | | $ 81.62 |
| PROMARK F&I SERVICES, LLC | 30 JACKSON RD SUITE C-4 MEDFORD NJ 08055 | | $ 2,636.64 |
| PROMAX | 2900 AAA COURT BETTENDORF IA 52722 | | $ 4,967.82 |
| PURCHASE POWER | PO BOX 371874 PITTSBURGH PA 15250 | | $ 415.98 |
| PURECARS | 1447 PEACHTREE ST NE SUITE 900 ATLANTA GA 30309 | | $ 1,450.00 |
| READYFRESH | PO BOX 856192 LOUISVILLE KY 40285 | | $ 1,223.27 |
| RECEIVABLE MANAGEMENT SERVICES LLC | PO BOX 19646 MINNEAPOLIS MN 55419 | | $ 21.07 |
| REDLINE AUTO LEASING | 158 MAIN STREET STATEN ISLAND NY 10308 | | $ 2,050.00 |
| REVOLUTION PARTS | PO BOX 61505 PHOENIX AZ 85082 | | $ 2,547.00 |
| REYNOLDS & REYNOLDS | PO BOX 182206 COLUMBUS OH 43218 | | $ 1,605.81 |
| SANTANDER CONSUMER USA, INC. | CARE OF RUDOLPH J. MEOLA ESQ. 1822 WESTERN AVE ALBANY NY 12203 | | $ 13,144.15 |
| SECURE AUTO SYSTEMS | PO BOX 060878 STATEN ISLAND NY 10306-0009 | | $ 245.00 |
| SHRED-IT | C/O STERICYCLE INC. 28883 NETWORK PLACE CHICAGO IL 60673 | | $ 13,629.29 |
| SIEGEL DISTRIBUTING COMPANY IN | 197 FOLK ROAD BREINIGSVILLE PA 18031 | | $ 30,857.86 |
| SNYADS INSURANCE AGENCY, INC | 37 ELK STREET PO BOX 7347 ALBANY NY 12207 | | $ 300.00 |
| SOUTHWEST ADMINISTRATIVE SERVI | ATTN: OLE PROCESSING DEPT PO BOX 30250 ALBUQUERQUE NM 87190 | | $ 31,654.00 |
| SOUTHWEST REINSURE INC. | 2400 LOUISIANA BLVD NE BLDG. 4 ALBUQUERQUE NEW MEXICO 87110 | | $ 1,800,000.00 |
| SOUTHWEST REINSURE INC. | THE MB&W BUILDING 26000 CANNON ROAD CLEVELAND OHIO 44146 | | $ 860.98 |
| STAPLES | PO BOX 105638 ATLANTA GA 30348-5638 | | $ 4,576.94 |
| STARION ENERGY | P.O. BOX 845 MIDDLEBURY CT 06762 | | $ 283.63 |
| STATE OF FLORIDA DISB UNIT | PO BOX 8500 TALLAHASSEE FL 32314-8500 | | $ 84.00 |
| SUNOCO | WEX BANK PO BOX 4337 CAROL STREAM IL 60197-4337 | | $ 2,546.68 |
| TD AUTO FINANCE | 6716 GRADE LANE BLDG 9 STE 910 LOUISVILLE KY 40213 | | $ 40,098.20 |
| TFCU (ALEX VANECH) | C/O CAMPASANO LAW FIRM 2000 DEER PARK AVE DEER PARK NY 11729 | | $ 39,112.73 |
| TIME WARNER CABLE | PO BOX 11820 NEWARK NJ 07101 | | $ 259.18 |
| TIRES 13 INC | 1291 UTICA AVE BROOKLYN NY 11203 | | $ 4,458.00 |
| TORAH TIMES | 5014 16TH AVE SUITE 156 BROOKLYN NY 11204 | | $ 1,820.00 |
| TOUCH OF GLASS | 2732 ATLANTIC AVE BROOKLYN NY 11207 | | $ 1,075.00 |
| TRISTATE UPHOLSTERY LLC | 504 4TH AVE ELIZABETH NJ 07202 | | $ 975.00 |
| TRUECAR, INC. | DEPT LA 24198 PASADENA CA 91185 | | $ 7,159.66 |
| UAW LOCAL 259 | 140 SYLVAN AVE SUITE 303 ENGLEWOOD CLIFF NJ 07632 | | $ 17,613.47 |
| UNITED AUTOMBILE WORKERS OF AMERICA | 80 JERUSALEM AVENUE HICKSVILLE NY 11801-4904 | | $ 1,332.83 |
| UPS | PO BOX 809488 CHICAGO IL 60680 | | $ 1,226.58 |
| USB DEALER SERVICES | ATT: PAYOFF DEPT 6400 MAIN STREET AMHERST NY 14221 | | $ 25,646.66 |
| UTICA NATIONAL INSURANCE GROUP | P.O. BOX 6532 UTICA NY 13504 | | $ 10,554.00 |
| VAL'S SECURITY SYSTEMS INC. | 32 HALES AVENUE STATEN ISLAND NY 10312 | | $ 163.32 |
| VAUTO | PO BOX 935202 ATLANTA GA 31193 | | $ 8,410.58 |
| VERIZON WIRELESS | PO BOX 408 NEWARK NJ 07101 | | $ 254.25 |
| VOCATECH | 5314 18TH AVENUE BROOKLYN NY 11204 | | $ 4,091.74 |
| WEX BANK | P.O. BOX 4337 CAROL STREAM IL 60197 | | $ 2,546.68 |
| WEX BANK | C/O GREENBERGGRANT&RICHARDS INC. PO BOX 571811 HOUSTON TEXAS 77257-1811 | | For notice purposes |
| WHOLESALE AUTO SUPPLY CO INC | 22 FLORENCE STREET PO BOX 2166 SOUTH HACKENSACK NJ 07606 | | $ 4,994.25 |
| YELLOW BIRD AUTO CENTER, INC | 6302 16TH AVE BROOKLYN NY 11204 | | $ 6,869.38 |
| | | TOTAL UNSECURED | $ 7,507,423.73 |
| | | Secured | $ 18,523,718.73 |
| | | Priority Tax | $ 531,945.95 |
| | | Unsecured | $ 7,507,423.73 |
| | | Total Debt: | $ 26,563,088.41 |